808 A.2d 852

IN THE MATTER OF JOEL D. CANEY, AN ATTORNEY AT LAW.

November 4, 2002.

# O R D E R

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11(a) recommending that **JOEL D. CANEY** of **CHERRY HILL** who was admitted to the bar of this State in 1980, be immediately temporarily suspended from the practice of law, respondent having consented to disbarment in Pennsylvania for the misuse of client funds, and good cause appearing;

It is ORDERED that **JOEL D. CANEY** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JOEL D. CANEY** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **JOEL D. CANEY** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.